UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 23 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TAMARA WAREKA, PKA Tamara Williams,<br><br>          Plaintiff-counter-defendant-Appellant,<br><br> v.<br><br>TRUSPER, INC., DBA Musely,<br><br>          Defendant-counter-claim-3rd-party-plaintiff-Appellee,<br><br> v.<br><br>HML & CO. LLC, DBA Mai Couture,<br><br>          Defendant-third-party-defendant. | No. 23-15838<br><br>D.C. No. 3:21-cv-02682-VC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Appellant's motion for voluntary dismissal of this appeal (Docket Entry No. 2) is granted. This appeal is dismissed, with the parties to bear their own fees and costs on appeal. *See* Fed. R. App. P. 42(b). This dismissal is without prejudice to the filing of a timely notice of appeal from any final judgment subsequently entered by the district court. *See Litchfield v. Spielberg*, 736 F.2d 1352, 1355 (9th Cir. 1984) ("An appeal from a final judgment draws in question all earlier, non-final orders and rulings which produced the judgment.").

OSA114

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT